United States District Court
Eastern District of New York

1:20-cv-02210-ENV-JO

Pankaj Sharma, individually and on behalf of all others similarly situated,

                Plaintiff,

- against -

Notice of Voluntary Dismissal

Wegmans Food Markets, Inc.,

                Defendant

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 12, 2021

                Respectfully submitted,

                Sheehan & Associates, P.C.

                /s/Spencer Sheehan
                Spencer Sheehan
                60 Cuttermill Rd Ste 409
                Great Neck NY 11021-3104
                Tel: (516) 268-7080
                Fax: (516) 234-7800
                spencer@spencersheehan.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/13/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

1:20-cv-02210-ENV-JO
United States District Court
Eastern District of New York

Pankaj Sharma, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Wegmans Food Markets, Inc.,

Defendant

Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: April 12, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on April 12, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan